DEACON A. LADASZ (SBN 204871)
**LAW OFFICE OF DEACON A. LADASZ**
5801 E. Washington Blvd., Suite 201
Commerce, CA 90040
Ph. (323) 722-0400
Fx. (323) 278-9902
deacon.ladasz@ladaszlaw.com

Attorney for Plaintiff,
LEILA SAMOODI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILA SAMOODI, an Individual, | Case No. CV13-3895 GAF |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| CACH, LLC, et al. | |
| Defendants. | |

TO THIS HONORABLE COURT: Please take notice the aforementioned matter has settled in its entirety. The parties respectfully request all dates be vacated, including the Scheduling Conference of December 16, 2013, and anticipate a "Joint Motion for Dismissal of All Claims with Prejudice" will be filed within thirty (30) days.

//
//
//
//
//
//

---

1

**NOTICE OF SETTLEMENT**

```
1   DATED: December 6, 2013           LAW OFFICE OF DEACON A. LADASZ
2
3                                     By: _____
4                                         DEACON A. LADASZ
                                          Attorney for Plaintiff,
5                                         LEILA SAMOODI
6
7
...
28
```

2

**NOTICE OF SETTLEMENT**

Deacon A. Ladasz, Esq., SBN 204871
**LAW OFFICE OF DEACON A. LADASZ**
5801 E. Washington Blvd., Suite 201
Commerce, CA 90040
Ph: 323-722-0400
Fx: 323-278-9902

Attorney for Plaintiff,
LEILA SAMOODI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILA SAMOODI, an Individual, | Case No.: CV13-3895 GAF |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| CACH, LLC, et al. | |
| Defendants. | |

I declare as follows:

I am over the age of eighteen years and not a party to the within-entitled action; my business address is 5801 E. Washington Blvd., Suite 201, Commerce, CA 90040. On December 6, 2013, I served the within documents:

**NOTICE OF SETTLEMENT**

[ ]   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. A copy of the transmission report issued by the transmitting facsimile machine is attached hereto.

[x]   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at White Lake, MI addressed as set forth below.

---

1

**PROOF OF SERVICE**

Elizabeth Sutlian, Esq.
MANDARICH LAW GROUP LLP
6301 Owensmouth Avenue
Woodland Hills, CA 91367

[ ]   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in the affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 6, 2013, at White Lake, Michigan.

Deacon A. Ladasz

2

**PROOF OF SERVICE**