DEACON A. LADASZ (SBN 204871)
**LAW OFFICE OF DEACON A. LADASZ**
5801 E. Washington Blvd., Suite 201
Commerce, CA 90040
Ph. (323) 722-0400
Fx. (323) 278-9902
deacon.ladasz@ladaszlaw.com

Attorney for Plaintiff,
LEILA SAMOODI

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILA SAMOODI, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>CACH, LLC, et al.<br><br>Defendants. | Case No. CV13-3895 GAF<br><br>**JOINT STIPULATION FOR DISMISSAL AND PROPOSED ORDER** |

TO THIS HONORABLE COURT: Please take notice the parties to this matter, through their counsel of record, hereby stipulate to have the instant matter dismissed, with prejudice.

---

| | | |
|---|---|---|
| DATED: January 31, 2014 | | LAW OFFICE OF DEACON A. LADASZ |
| | By: | _____ |
| | | DEACON A. LADASZ |
| | | Attorney for Plaintiff, |
| | | LEILA SAMOODI |
| DATED: January 31, 2014 | | MANDARICH LAW GROUP |
| | By: | _____ |
| | | ELIZABETH SUTLIAN |
| | | Attorney for Defendant, |
| | | CACH, LLC |

# [PROPOSED] ORDER

It is hereby ordered that the instant matter be dismissed, with prejudice.

Dated: January 31, 2014

_____
Judge of the Federal District Court,
Central District of California