JS-6

DEACON A. LADASZ (SBN 204871)
**LAW OFFICE OF DEACON A. LADASZ**
5801 E. Washington Blvd., Suite 201
Commerce, CA 90040
Ph. (323) 722-0400
Fx. (323) 278-9902
deacon.ladasz@ladaszlaw.com

Attorney for Plaintiff,
LEILA SAMOODI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILA SAMOODI, an Individual, | Case No. CV13-3895 GAF |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL AND XXXXXXXX ORDER** |
| vs. | |
| CACH, LLC, et al. | |
| Defendants. | |

TO THIS HONORABLE COURT: Please take notice the parties to this matter, through their counsel of record, hereby stipulate to have the instant matter dismissed, with prejudice.

---

**JOINT STIPULATION FOR DISMISSAL AND XXXXXXX ORDER**

```
1  DATED: January 31, 2014          LAW OFFICE OF DEACON A. LADASZ
2
3                                    By: _____
4                                        DEACON A. LADASZ
                                         Attorney for Plaintiff,
5                                        LEILA SAMOODI
6
7  DATED: January 31, 2014          MANDARICH LAW GROUP
8
9                                    By: _____
10                                       ELIZABETH SUTLIAN
                                         Attorney for Defendant,
11                                       CACH, LLC
```

---

2

**JOINT STIPULATION FOR DISMISSAL AND ~~PROPOSED~~ ORDER**

[~~XXXXXXXX~~] ORDER

It is hereby ordered that the instant matter be dismissed, with prejudice.

Dated: ~~XXXXXXXXXX~~ February 3, 2014

_____
Judge of the Federal District Court,
Central District of California

JS-6